IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HENRY C. HILL,**                              )
                                                )
              **Plaintiff,**        )
                                                )
**v.**                                          )          Civil No.  **3:05-714-GPM**
                                                )
**ROGER WALKER, et al.,**                       )
                                                )
            **Defendants.**      )

**ORDER**

The U.S. Marshals Service was ordered to effect service of process upon the Defendant in the above-captioned case.  The U.S. Marshals Service has been informed on 2/27/07 by **Big Muddy Correctional Center** that **Max Butler and Greg Lambert** are no longer employed by the Bureau of Prisons.  Before the Court is a Motion from the U.S. Marshals Service requesting a Court order directing the IDOC to provide the last known address for defendants **Matt Butler and Greg Lambert (Doc. 19)**.  **Matt Butler and Greg Lambert's** addresses will be kept in confidence by both the U.S. Marshals Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court.

**IT IS HEREBY ORDERED** that for good cause shown, and in accord with Graham v. Satoski, 51 F.3d 710 (7th Cir. 1995), on or before **March 30, 2007,** the IDOC shall provide the U.S. Marshals Service with the last known addresses of **Matt Butler and Greg Lambert**.   The U.S. Marshals Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.  A **Notice of Compliance SHALL be filed with the Court indicating conveyance of information to the Marshals Service.**

1

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall reveal these addresses to the Clerk of Court as necessary for the conduct of routine business, otherwise the addresses of **Max Butler and Greg Lambert** shall be retained by the U.S. Marshals Service, in confidence.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the U.S. Marshals for the Southern District of Illinois, as well as the Director of the Illinois Department of Corrections and the Personnel Office of the Illinois Department of Corrections, both at P.O. Box 19277, Springfield, IL 62794-9277.

**DATED:  March 14, 2007**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**