**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **HENRY C. HILL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )     CIVIL NO. 05-714-GPM |
| | ) |
| **ROGER WALKER, GREGORY LAMBERT, TERRI CHAPMAN, MAX BUTLER, DEBORAH ISAACS, and SHEILA SIMPSON,** | ) |
| | ) |
|     **Defendants.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On June 2, 2008, Defendants Walker, Lambert, Chapman, Butler, and Isaacs filed a motion to dismiss for failure to prosecute (Doc. 86).[1] Thereafter, Magistrate Judge Wilkerson warned Plaintiff that a failure to timely and adequately respond to said motion would result in dismissal of the action with prejudice (*see* Doc. 87). Plaintiff's response was due July 7, 2008, but no response was filed.

This action is hereby **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is **DIRECTED** to enter judgment accordingly.

    **IT IS SO ORDERED.**

    DATED: 07/14/08

                                                                 s/ G. Patrick Murphy
                                                                   G. Patrick Murphy
                                                                   United States District Judge

---

[1] Sheila Simpson was dismissed with prejudice from this action per Stipulation filed April 18, 2008 (Doc. 85).